UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR09-011-RAJ |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| JOSEPH MOORE, | ) | |
| Defendant. | ) | |

Offense charged: Social Security Fraud; Aggravated Identity Theft

Date of Detention Hearing: January 28, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The instant charges involve false representations for purposes of obtaining a Washington State drivers license, and the utilization of the name and social security number of

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 1

another person in relation to a listed felony. The AUSA proffers that defendant is also implicated in a drug trafficking case arising in this District, and that defendant will soon be indicted in that case. The AUSA alleges that in connection with the drug trafficking case, defendant has been associated with numerous weapons, including the presence of ammunition for fully automatic weapons. A Seattle Police report from 1999 is proffered, in which defendant is said to have a gang tattoo, which case involved a fatal shooting in a drug deal gone bad. Defendant has an inconsistent employment history. He is associated with five dates of birth and at least four alias names.

(2) Defendant poses a risk of nonappearance due to previous failures to appear, association with multiple dates of birth and alias names, use of a controlled substance and lack of employment. He poses a risk of danger due to controlled substance use, financial danger associated with the instant offense, alleged gang membership, and alleged association with a previous drug-related fatal shooting and other drug trafficking activity.

(3) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of January, 2009.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91